UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR-02-10310-MLW |
| ) | |
| v.                        ) | 18 U.S.C. § 2315 |
| ) | (Receipt of Stolen Moneys) |
| ROBERT McCARTHY,          ) | 18 U.S.C. § 2 |
| ) | (Aiding and Abetting) |
| ) | |
| Defendant.                ) | |

## INFORMATION

The United States Attorney alleges:

1. Defendant ROBERT McCARTHY, a resident of Duxbury, Massachusetts, was at all times relevant employed as a food broker for Advantage ESM and its predecessor companies.

2. In his capacity as a food broker, defendant ROBERT McCARTHY made regular calls upon the Demoulas Supermarkets ("Demoulas") in an effort to have Demoulas purchase the products of the companies he represented. Those companies included International Home Food, Lipton, Zeta Consumer, McCormick Spices, Bumblebee, Kalkan, and New World Pasta.

3. Defendant ROBERT McCARTHY negotiated with Demoulas for advertising space on behalf of the companies he represented. He generally purchased advertising space through Wayne Dick, a buyer for Demoulas.

4. Under Demoulas' normal business practices, Wayne Dick was responsible for submitting an invoice for the advertising to



defendant ROBERT McCARTHY's clients. Defendant ROBERT McCARTHY then submitted the invoice to his company's accounting department, along with a copy of the advertisement. Advantage ESM had check-writing capabilities on behalf of its clients. After receiving an invoice for the advertising along with a copy of the advertisement that had been placed for the client, Advantage ESM would then cut a check made payable to Demoulas on behalf of its client, and give that check to defendant ROBERT McCARTHY to transmit to Demoulas. The funds would then be transmitted into Massachusetts from the clients' accounts out-of-state.

5. Working with Wayne Dick, defendant ROBERT McCARTHY and a confederate, Dan Martin, devised a scheme to defraud Demoulas out of hundreds of thousands of dollars. The scheme worked substantially as follows:

a) Defendant ROBERT McCARTHY would purchase advertisements from Demoulas. In particular, he would purchase them from Wayne Dick. Wayne Dick was responsible at Demoulas for ensuring that an invoice was generated for the advertisement. Wayne Dick would not generate an invoice. Defendant ROBERT McCARTHY would then generate, or have his office assistant generate, an invoice on behalf of Demoulas. This invoice, along with a copy of the advertisement, would be transmitted to the accounting department of Advantage ESM, which would generate a check payable to

Demoulas from the client account.

b)   Because Demoulas had not issued the invoice, it did not have a receivable on its books for the amount of the check generated.  Defendant ROBERT McCARTHY would receive the checks from his accounting department, and bring them to Dan Martin, who would have them cashed or turned into cashier's checks by an associate of his at Fleet Bank.  Approximately forty percent would be returned to defendant ROBERT McCARTHY, who paid a portion of that amount over to Wayne Dick.  The bulk of the rest was kept by Dan Martin, who paid a small portion to the associate at Fleet Bank.  All told, over $400,000 was stolen from Demoulas in this manner.

## COUNTS ONE THROUGH FIVE
### 18 U.S.C. §2315
### (Receipt of Stolen Moneys)

6. Paragraphs one through five are realleged and incorporated by reference as though fully set forth herein.

7. On or about the dates set forth below, within the District of Massachusetts and elsewhere,

ROBERT McCARTHY,

the defendant, and others known and unknown to United States Attorney, received, possessed, and disposed of securities and money of a value of $5,000 or more which crossed a state boundary after being stolen, unlawfully converted, and taken, and did so knowing the same to have been stolen, unlawfully converted, and taken, to wit, the below listed funds:

| COUNT | DATE | DESCRIPTION OF STOLEN PROPERTY |
|---|---|---|
| 1 | 2/9/99 | Zeta Consumer Products Check No. 1004314 for $13,000 |
| 2 | 5/3/99 | McCormick Check No. 429236 for $5,000 |
| 3 | 9/16/99 | Zeta Consumer Products Check No. 1005773 for $19,300 |
| 4 | 12/20/99 | Kal Kan Check No. 360234549 for $25,000 |
| 5 | 4/23/99 | The Fonda Group Check No. 529182 for $24,491.04 |

All in violation of Title 18, United States Code, Sections 2315 and 2.

```
                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By:   /s/ Diane C. Freniere
                              Diane C. Freniere
                              Assistant U.S. Attorney
```

Dated: July 17, 2002